FILED IN OPEN COURT
DATE 10/6/15
BY H Dotson
DEPUTY CLERK
HARRISONBURG DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Nos. 5:14CR00051 |
| | : | |
| MICHAEL STEVEN BEEMAN | : | |

## STATEMENT OF FACTS

In and around the 1980s, the defendant, Michael Steven Beeman, who was then employed by the United States Air Force in a public affairs position was stationed at Patrick Air Force Base ("PAFB") in Brevard County, Florida. During that time, Beeman developed a personal relationship with a young boy, Minor A, who had a parent who was also stationed at PAFB. Minor A spent a significant period of time with Beeman, and was often placed in Beeman's care, custody, and control for periods of time. Beeman began engaging in sexually explicit conduct with Minor A in the 1980s and continued this abuse for a period of several years. Beginning in the mid-to-late 1980s, Beeman video-recorded numerous occasions during which he sexually abused Minor A. These acts and recordings remained unknown to law enforcement until shortly before the defendant was arrested.

On January 14, 2014, Beeman was hospitalized for a period of several days following a suicide attempt. During that time, Beeman asked his dog-walker to bring to him at the hospital one of Beeman's iPads and a Blackberry mobile phone. The dog-walker, while at Beeman's house, used Beeman's iPad to draft an email on Beeman's behalf. The dog-walker reported to law enforcement officers that while in the email application, he observed some pictures that

depicted naked post-pubescent minors. The dog walker also observed several other similar images on Beeman's iPad once he exited the email application, for example: one image depicted a minor boy in his underwear holding his penis; another image showed a completely naked penis (viewed from the chest down) that appeared to depict the same boy. The dog-walker reported these observations to the Frederick County Sheriff's Office. A deputy viewed the images and agreed that they appeared to depict minors.

A search warrant executed on January 14, 2014, at Beeman's residence in Winchester, Virginia, resulted in the seizure of over 250 electronic devices, including VHS tapes, DVDs, desktop computer towers, laptop computers, electronic tablets, external hard drives, and thumb drives. All of these electronic devices were manufactured outside of Virginia. Over 50 items seized included depictions of child pornography, within the meaning of 18 U.S.C. § 2256(8)(A), or evidence that child pornography had been previously viewed or stored on the device. There were several depictions that included prepubescent minors and minors engaged in sex acts. One electronic external hard drive contained a file named "Tar&Long085.jpg" that depicts two very young, prepubescent boys engaging in anal sex. Another device contained a movie file named "9yo rims and fucks.mpg" that depicts what appears to be a nine year old engaging in various sex acts with another minor boy. There were thousands of depictions of child pornography found on Beeman's various electronic devices and many contain victims that have been previously identified by NCMEC. Forensic analysis of Beeman's electronic devices revealed files of child pornography that had been created on several occasions prior to his move into the Western District of Virginia in ~~2010~~ or about Jan 2010 from New Jersey ⟨initials⟩ ALC, such as February 25, 2001 and June 21, 2007. Investigators also found on a shelf behind where Beeman would have sat at his computer in a downstairs office a portable high-8 diskman containing a tape with recordings of Beeman engaging in sexually

explicit conduct, including sexual acts, with Minor A. Based on Minor A's age in the recordings, it appears that the tapes were created in the late 1980s.

Beeman admitted to law enforcement that he engaged in and recorded the sexually explicit conduct with Minor A on VHS tape. Beeman admitted he then later transferred the VHS content to the high 8 tape that was recovered by law enforcement during the search of his residence. Beeman also admitted to law enforcement that he has engaged in sexually explicit conduct with two other minor boys. He further stated that he has downloaded several images of child pornography from the online newsgroup "EasyNews" using the internet, a facility of interstate commerce. He told investigators that they would find child pornography and that he had hundreds of pornographic videos of children that he came across on EasyNews but that that he did not share them. Forensic analysis of one of Beeman's laptop computers revealed several EasyNews downloads that were created on August 3, 2010 and later through 2014. Forensic analysis of several of Beeman's electronic devices revealed that on January 11, 2014, immediately prior to his suicide attempt, Beeman deleted numerous images and videos of child pornography off of multiple electronic devices.

As charged in the Superseding Information, the devices seized from Beeman's Winchester residence in 2014 included at three devices (i.e., "matters") that each contained one or more child pornography images depicting prepubescent minors engaged in sexually explicit conduct.

9/24/2015
Date

9-24-15
Date

MICHAEL STEVEN BEEMAN
Defendant

Aaron L. Cook, Esq.
Attorney for Defendant