IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | )  Case No. 5:14cr00051 |
| v. | ) |
| | ) |
| MICHAEL STEVEN BEEMAN, | ) |
| | )  By:  Michael F. Urbanski |
| Defendant. | )       United States District Judge |
| | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge,

pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy

under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact

and a recommendation as to the acceptance of such plea as tendered.  The Magistrate Judge filed a

report and recommendation on October 6, 2015, recommending that defendant's plea of guilty to

Counts One through Five of the superseding information be accepted.  No objections to the report

and recommendation have been filed, and the court is of the opinion that the report and

recommendation should be adopted in its entirety.  Accordingly, it is **ORDERED** that the report

and the findings and recommendation contained therein are **ADOPTED**, defendant's plea of guilty

to Counts One through Five of the superseding information and plea agreement is **ACCEPTED**,

and the defendant is adjudged **GUILTY** of the offenses charged in Counts One, Two, Three, Four

and Five of the superseding information.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 10-27-15

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

2